**No. 61230.**—Sidney Lang Co. *v.* United States, protest 286548–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones and colored glass stones the same in all material respects as those the subject of Abstract 59105, except that said stones were not faceted, the claim of the plaintiff was sustained.

**No. 61231.**—Freder Corp. and Mayer Import Co. *v.* United States, protests 296070–K and 300541–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 61232.**—William H. Emig et al. *v.* United States, protests 104846–K, etc. (New York).

Opinion by WILSON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was, therefore, sustained.